NO. 07-11-0148-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 28, 2011
_____

THOMAS WYATT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1-DC-08-205299; HONORABLE JIM CORONADO, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is *Appellant's Motion to Dismiss Appeal* in which he represents that after consultation with his attorney, he no longer wishes to pursue this appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice

Do not publish.